supervise the associate's work. In May 1990, Dennis brought Morgan a second case, this one over a cemetery's refusal to honor a contract to bury Dennis' sister. Dennis gave Morgan two contracts between her and the cemetery. Morgan did no work on either of Dennis' cases, did not return her calls, and failed to return her contracts.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents.

**93–947.** In re McCrae. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Charles A. McCrae of Portsmouth, Ohio, Attorney Registration No. 0024168, is indefinitely suspended from the practice of law.

**93–951.** In re Batt. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Nicholas D. Batt of Toledo, Ohio, Attorney Registration No. 0002291, is indefinitely suspended from the practice of law.